IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CASE NO. 1:05-cr-00043-MP-AK

KEVIN ANDREA HOUSER,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc.16, Motion to Dismiss Indictment by United States as to Kevin Andrea Houser. In support of its motion, the government has provided documentation that the defendant is deceased. Doc. 16-2. Accordingly, the indictment is hereby dismissed against Kevin Andrea Houser.

**DONE AND ORDERED** this   *23rd* day of December, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge